UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNDER SEAL**

UNITED STATES OF AMERICA

v. Criminal No. 06-cr-252 ADM/JSM

RUDDELL ALPHONSO MOORE

UNITED STATES OF AMERICA

v. Criminal No. 25-cr-211 DWF/ECW

RUDDELL ALPHONSO MOORE

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: June 5, 2025

Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

*s/LeeAnn K. Bell*
BY: LeeAnn K. Bell
Assistant U.S. Attorney